**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **RICHARD TURNLEY III, BARON H.C. FINLAYSON, COLEEN ALECIA HINDS, MARK-ANTHONY BROWN, TIMOTHY JOHNSON II, KHAIRI DWAYNE RAHMAN, RAHMEL HOBBS, and TERRY M. GRAVELY,** on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>**BANC OF AMERICA INVESTMENT SERVICES, INC., and BANK OF AMERICA, N.A.,**<br><br>   Defendants. | **JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Civil Action No. 07-CA10949 NG |

Plaintiffs Richard Turnley III, Baron H.C. Finlayson, Coleen Alecia Hinds, Mark-Anthony Brown, Timothy Johnson II, Khairi Dwayne Rahman, Rahmel Hobbs and Terry M. Gravely ("Named Plaintiffs"), on behalf of themselves and members of the Class (defined herein), and Defendants Banc of America Investment Services, Inc. and Bank of America, N.A. ("Defendants" or the "Bank"), hereby move pursuant to Fed. R. Civ. P. 23(e) for entry of an Order that:

  (i)  Grants final approval of the Settlement between Named Plaintiffs, on behalf of the Class, and Defendants;

  (ii)  Grants final certification, for settlement purposes only, of a plaintiff Class defined as all African Americans employed as Financial Advisors or Premier Client

- 2 -

      Managers in the Bank's Premier Banking and Investments division at any time between April 1, 2003, and March 24, 2009; and appointing Named Plaintiffs as the Class Representatives, and their counsel, Bernstein Litowitz Berger & Grossmann LLP, as Class Counsel; and

(iii)    Approves the Plan of Allocation proposed by Named Plaintiffs and included in the Court-approved Notice sent to Class Members.

The deadline for filing objections to the Settlement or the Plan of Allocation expired on September 18, 2009. Not a single objection was filed.

Accordingly, Named Plaintiffs and Defendants respectfully request that the Court grant final approval of the Settlement.

The Named Plaintiffs file herewith a separate memorandum in support of the motion.

Dated: October 9, 2009                           Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

By:   */s/ Steven B. Singer*
       Steven B. Singer

Steven B. Singer (*pro hac vice*)
Jeremy P. Robinson (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 554-1400
Fax:  (212) 554-1444
     -and-
Niki L. Mendoza (*pro hac vice*)
Matthew Jubenville (*pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323

**MAJOR KHAN LLC**
Major Khan
20 Bellevue Terrace
Weehawken, NJ 07086
Tel:  (646) 546-5664
Fax:  (646) 546-5755

*Counsel for Named Plaintiffs Richard Turnley III, Baron H.C. Finlayson, Coleen Alecia Hinds, Mark-Anthony Brown, Timothy Johnson II, Khairi Dwayne Rahman, Rahmel Hobbs, and Terry M. Gravely and the Class*


**COVINGTON & BURLING LLP**
Jeffrey G. Huvelle (*pro hac vice*)
Thomas S. Williamson, Jr. (*pro hac vice*)
Christian J. Pistilli (*pro hac vice*)
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
Tel: (202) 662-6000
Fax  (202) 662-6290

**BINGHAM MCCUTCHEN LLP**
Frances S. Cohen (BBO #542811)
Ralph C. Martin, II (BBO #322660)
Louis A. Rodriques (BBO #424720)
One Federal Street
Boston, MA 02110-1726
Tel:  (617) 951-8872
Fax:  (617) 951-8736

*Counsel for Defendants Banc of America Investment Services, Inc. and Bank of America, N.A.,*

Case 1:07-cv-10949-NG   Document 139   Filed 10/09/09   Page 4 of 4

- 4 -

## CERTIFICATE OF SERVICE

       I hereby certify that on October 9, 2009, I caused the foregoing joint motion to be served on the parties named below by electronic mail and U.S. Mail:

| | |
|---|---|
| Frances S. Cohen (BBO #542811) | Jeffrey G. Huvelle |
| Ralph C. Martin, II (BBO #322660) | Thomas S. Williamson, Jr. |
| Louis A. Rodriques (BBO #424720) | COVINGTON & BURLING LLP |
| BINGHAM MCCUTCHEN LLP | 1201 Pennsylvania Avenue, N.W. |
| One Federal Street | Washington, D.C.  20004-2401 |
| Boston, MA  02110-1726 | |

Dated: San Diego, California
       October 9, 2009

                                                 */s/ Niki L. Mendoza*
                                                 Niki L. Mendoza (*pro hac vice*)
                                                 Bernstein Litowitz Berger & Grossmann LLP